NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 24-465

TRISH R. VERONIE

VERSUS

JOSEPH VICTOR VAN BROCKLIN MIRELES

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C20183897
HONORABLE RONALD D. COX, DISTRICT JUDGE

**********

SHARON DARVILLE WILSON

JUDGE

**********

Court composed of Sharon Darville Wilson, Charles G. Fitzgerald, and Guy E. Bradberry, Judges.

APPEAL DISMISSSED.

**Shane Michael Mouton**
**DA's Office-Non-Support Div.**
**1001 W Pinhook Bldg 3, #304**
**Lafayette, LA 70501**
**(337) 235-0751**
**COUNSEL FOR DEFENDANT APPELLEE:**
**State of Louisiana**

**Paula B. Bertuccini**
**225 West Main Street**
**Lafayette, LA 70501**
**(337) 456-2777**
**COUNSEL FOR DEFENDANT APPELLANT:**
**Joseph Victor Van Brocklin Mireles**

**Willliam A. Keaty, II**
**John W. Tilly**
**Keaty & Tilly**
**2701 Johnston St, Ste 307**
**Lafayette, LA 70503**
**(337) 347-8995**
**COUNSEL FOR PLAINTIFF APPELLEE:**
**Trish R. Veronie**

**Michael A. Domingue, Jr.**
**Domingue Law Firm, LLC**
**109 Stewart Street**
**Lafayette, LA 70501**
**(337) 484-1001**
**COUNSEL FOR DEFENDANT APPELLANT:**
**Joseph Victor Van Brocklin Mireles**

**Richard J. Wolff**
**3801 Canal Street #202**
**New Orleans, LA 70119**
**(504) 421-3277**
**COUNSEL FOR DEFENDANT APPELLANT:**
**Joseph Victor Van Brocklin Mireles**

**WILSON, Judge.**

On March 8, 2024, the trial court below heard a motion to recuse the honorable Thomas R. Duplantier which had been filed by Defendant-Appellant, Joseph Victor Van Brocklin Mireles. The trial court denied said motion, signing the Judgment on April 2, 2024. The Clerk of Court noticed the signing of said Judgment on April 3, 2024. Appellant's notice of intent to file appeal was filed on June 3, 2024.

Upon the lodging of the record in this appeal, this court, on its own motion, issued a rule for the Appellant to show cause why the appeal should not be dismissed as untimely and as having been taken from a non-appealable, interlocutory judgment, citing La.Code Civ.P. arts. 3942 and 3943, as well as *Deville v. Calogero*, 96-162 (La.App. 3 Cir. 4/24/96), 673 So.2d 1175. Appellant timely filed a response to this court's rule.

In his response to the rule to show cause, Appellant conceeded that the matter is "premature until the trial court either certifies the judgment below as a final judgment, the district court reconsiders its ruling, or until the entirety of appellant's motion is heard such that it would be a final judgment. As such, Appellant agree that this appeal should be dismissed without prejudice." Additionally, Appellant has not shown any good cause why his appeal was not untimely. Accordingly, we find that the appeal was filed untimely and taken from a non-appealable, interlocutory judgment. For the reasons assigned, the appeal is hereby dismissed without prejudice.

**APPEAL DISMISSSED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.